```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 31720
     FELICIA OSBORNE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX
          Debtor
     SSN XXX-XX-7346


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/20/2008 and was not confirmed.

     The case was dismissed without confirmation 03/02/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------

HSBC AUTO FINANCE          SECURED VEHIC     1000.00           .00            .00
HSBC AUTO FINANCE          UNSECURED         1700.42           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         3027.00           .00            .00
APPLIED CARD BANK          UNSECURED         NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          706.18           .00            .00
PORTFOLIO RECOVERY         UNSECURED          884.03           .00            .00
BRYLANE HOME/WFNNB         UNSECURED         NOT FILED         .00            .00
BRYLANE HOME               NOTICE ONLY       NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED          768.05           .00            .00
CAPITAL ONE                UNSECURED         NOT FILED         .00            .00
CAPITAL ONE SERVICES INC   NOTICE ONLY       NOT FILED         .00            .00
COMMONWEALTH EDISON        UNSECURED         1800.95           .00            .00
DIRECT TV                  UNSECURED         NOT FILED         .00            .00
DIRECTV                    NOTICE ONLY       NOT FILED         .00            .00
FIRST BANK OF DELAWARE     UNSECURED         NOT FILED         .00            .00
GUARANTY BANK              UNSECURED         NOT FILED         .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         1181.04           .00            .00
HSBC BANK                  UNSECURED         NOT FILED         .00            .00
NICOR GAS                  UNSECURED         NOT FILED         .00            .00
PALOS COMMUNITY HOSPITAL   UNSECURED         NOT FILED         .00            .00
PLAINS COMMERCE BANK       UNSECURED         NOT FILED         .00            .00
PREMIER BANKCARD           UNSECURED         NOT FILED         .00            .00
PREMIER CARD               UNSECURED         NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          692.25           .00            .00
ST JAMES HOSPITAL          UNSECURED         NOT FILED         .00            .00
T-MOBILE USA               UNSECURED         1001.33           .00            .00
T MOBILE                   NOTICE ONLY       NOT FILED         .00            .00
TCI                        UNSECURED         NOT FILED         .00            .00
ILLINOIS STUDENT ASSISTA   UNSECURED         NOT FILED         .00            .00
TRIAD FINANCIAL CORP       UNSECURED         NOT FILED         .00            .00
JOYNER LAW OFFICE          UNSECURED         NOT FILED         .00            .00
WESTBURY VENTURES          UNSECURED         NOT FILED         .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED          717.00           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          1139.88           .00            .00
MELVIN J KAPLAN            DEBTOR ATTY       3,500.00                         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 31720 FELICIA OSBORNE
```

```
TOM VAUGHN                  TRUSTEE                                          .00
DEBTOR REFUND               REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                            ---------------    ---------------
TOTALS                           .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE